BEFORE THE FIRST DIVISION, JANUARY 14, 1969

**No. P69/23.**—United China & Glass Co. *v.* United States, protests 68/10498 and 67/84062 (Baltimore).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood spinning wheel planters and wood bark pictures similar in all material respects to the wood spinning wheel planters containing a small, insignificant piece of bamboo the subject of *John S. Connor, Inc.* v. *United States* (54 Cust. Ct. 213, C.D. 2536), the claim of the plaintiff was sustained.

**No. P69/24.**—Laufer Shipping Co., Inc. *v.* United States, protest 60/20481 (New York).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric motors similar in all material respects to those the subject of *Gamble Vargish & Co., dba Seabury & Co.* v. *United States* (57 Cust. Ct. 448, C.D. 2834), the claim of the plaintiff was sustained.